JS-6

1  **PRUETZ LAW GROUP LLP**
2  Adrian M. Pruetz (Bar No. 118215)
   ampruetz@pruetzlaw.com
3  Erica J. Pruetz (Bar No. 227712)
4  ejpruetz@pruetzlaw.com
   Lauren M. Gibbs (Bar No. 251569)
5  lmgibbs@pruetzlaw.com
6  200 N. Sepulveda Blvd., Suite 1525
   El Segundo, CA 90245
7  Telephone:  (310) 765-7650
8  Facsimile:  (310) 765-7641

9  Attorneys for Plaintiffs
   RED BULL GMBH and RED
10 BULL NORTH AMERICA, INC.

11

12               UNITED STATES DISTRICT COURT

13               CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15
   RED BULL GMBH, a foreign        CASE NO. CV08-04960 GAF (JCx)
16 corporation, and RED BULL NORTH
   AMERICA, INC., a California      FINAL JUDGMENT, INCLUDING
17 corporation,                     PERMANENT INJUNCTION,
                                     AGAINST DEFENDANTS VROOM
18              Plaintiffs,          FOODS, INC. AND MAD DOG
                                     ENERGY PRODUCTS,
19      v.                           INCORPORATED

20
   VROOM FOODS, INC., a California
21 corporation, and MAD DOG ENERGY
   PRODUCTS, INCORPORATED, a
22 California corporation,
                Defendants.
23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LEWIS ANTEN, P.C.**
Lewis Anten  (Bar No. 56459)
lewisanten@aol.com
First Financial Plaza
16830 Ventura Boulevard, Suite 236
Encino, California 91436
Telephone:  (818) 501-3535
Facsimile:   (818) 501-4138

*Attorneys for Defendant*
*Mad Dog Energy Products, Incorporated*

**LAW OFFICES OF ROBERT A. WALKER**
Robert A. Walker (Bar. No. 97943)
rwalker@robertwalker-law.com
10370 Hemet St., Suite 140
Riverside, CA 92503
Telephone:  (951) 354-1880
Facsimile:   (951) 354-1881

*Attorneys for Defendant*
*Vroom Foods, Inc.*

---

Final Judgment, Including Permanent Injunction

The Court, pursuant to the Stipulation to Entry of Final Judgment, Including Permanent Injunction ("Stipulation") and separate Settlement Agreement among the parties, hereby ORDERS, ADJUDICATES and DECREES that final judgment, including a permanent injunction, shall be and hereby is entered on the Complaint in the above-referenced matter as follows, and any defined terms shall have the meaning as specified in the Stipulation or as otherwise defined herein.

1.   **Permanent Injunction**.  Defendants Vroom Foods, Inc. and Mad Dog Energy Products, Incorporated ("Defendants"), their respective owners, officers, directors, assignees, transferees, employees, agents, manufacturers, distributors, vendors, customers and representatives, and all other persons, firms or entities acting in concert or participating with them, are enjoined from engaging in, directly, or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

a.   manufacturing, packaging, importing, exporting or otherwise acquiring any product, packaging or advertising or promotional materials utilizing, either alone or in combination: (1) Red Bull's trademarks or trade dress, including but not limited to Red Bull's distinctive marks RED BULL, RED BULL ENERGY DRINK, the double bull design, the trade name Red Bull and the distinctive trade dress of the Red Bull Energy Drink (collectively the "Red Bull Marks and Trade Dress") and/or (2) any trademark, service mark, trade dress, design, corporate name, trade name, logo, domain name, or any other designation ("Trademark or Trade Dress") that is likely to cause confusion with respect to, or that constitutes a colorable imitation of, one or more of the Red Bull Marks or Trade Dress, including but not limited to (i) the word "bull"; (ii) the word "red," if used in whole or part as a trademark; (iii) a red/blue/silver or blue/silver color combination on a can or packaging, or images of same; (iv) a split can design using red, blue or silver on a can or packaging, or images of same; (v) alternating panels on a can or packaging,

-1-

or images of same; or (vi) the name, image or likeness of any bovine animal or the image of a red-colored animal or other animal confusingly similar to any of the Red Bull Marks or Trade Dress, and including but not limited to such conduct on or in connection with any Internet website; any sales, advertising or promotional materials; any inserts for vending machines and/or vending machines; any packaging; any other labels, signs, prints, cans, packages, inserts, wrappers, stickers, receptacles, containers, products, advertisements, websites, domain names, electronic media or other materials; or otherwise in connection with the advertising, offering for sale or sale of Buzz Bites, Foosh Energy Mints, Mad Dog Energy Chews or any other product.

     b.  making, using, selling, reselling, advertising, promoting, distributing or otherwise dealing in product, packaging, advertising or promotional materials utilizing, either alone or in combination: (1) the Red Bull Marks or Trade Dress; and/or (2) any Trademark or Trade Dress that is likely to cause confusion with respect to, or that constitutes a colorable imitation of, one or more of the Red Bull Marks or Trade Dress, including but not limited to (i) the word "bull";  (ii)  the word "red," if used in whole or part as a trademark; (iii) a red/blue/silver or blue/silver color combination on a can or packaging, or images of same;  (iv) a split can design using red, blue or silver on a can design or packaging, or images of same; (v) alternating panels on a can or packaging, or images of same; or (vi) the name, image or likeness of any bovine animal or the image of a red-colored animal or other animal confusingly similar to any of the Red Bull Marks or Trade Dress, and including but not limited to such conduct on or in connection with any Internet website; any sales, advertising or promotional materials; any inserts for vending machines and/or vending machines; any packaging; any other labels, signs, prints, cans, packages, inserts, wrappers, stickers, receptacles, containers, products, advertisements, websites, domain names, electronic media or other materials; or

Final judgment, Including Permanent Injunction

1 | otherwise in connection with the advertising, offering for sale or sale of Buzz Bites,
2 | Foosh Energy Mints, Mad Dog Energy Chews or any other product.

3 |      c.     using, displaying, registering, transferring or assigning, either alone or
4 | in combination: (1) the Red Bull Marks or Trade Dress; and/or (2) any Trademark or
5 | Trade Dress that is likely to cause confusion with respect to, or that constitutes a
6 | colorable imitation of, one or more of the Red Bull Marks or Trade Dress, including
7 | but not limited to (i) the word "bull"; (ii) the word "red," if used in whole or part as
8 | a trademark; (iii) a red/blue/silver or blue/silver color combination on a can or
9 | packaging, or images of same; (iv) a split can design using red, blue or silver on a
10 | can design or packaging, or images of same; (v) alternating panels on a can or
11 | packaging, or images of same; or (vi) the name, image or likeness of any bovine
12 | animal or the image of a red-colored animal or other animal confusingly similar to
13 | any of the Red Bull Marks or Trade Dress, and including but not limited to such
14 | conduct on or in connection with any Internet website; any sales, advertising or
15 | promotional materials; any inserts for vending machines and/or vending machines;
16 | any packaging; any other labels, signs, prints, cans, packages, inserts, wrappers,
17 | stickers, receptacles, containers, products, advertisements, websites, domain names,
18 | electronic media or other materials; or otherwise in connection with the advertising,
19 | offering for sale or sale of Buzz Bites, Foosh Energy Mints, Mad Dog Energy
20 | Chews or any other product.

21 |      d.     filing any application to register, obtaining any registration for, or
22 | authorizing any person or entity to apply for, register for or obtain any registration,
23 | in connection with any product or service, either alone or in combination, or: (1) the
24 | Red Bull Marks or Trade Dress; and/or (2) any Trademark or Trade Dress that is
25 | likely to cause confusion with respect to, or that constitutes a colorable imitation of,
26 | one or more of the Red Bull Marks or Trade Dress, including but not limited to (i)
27 | the word "bull"; (ii)  the word "red," if used in whole or part as a trademark; (iii) a

28

Final judgment, Including Permanent Injunction

red/blue/silver or blue/silver color combination on a can or packaging, or images of same; (iv) a split can design using red, blue or silver on a can design or packaging, or images of same; (v) alternating panels on a can or packaging, or images of same; or (vi) the name, image or likeness of any bovine animal or the image of a red-colored animal or other animal confusingly similar to any of the Red Bull Marks or Trade Dress.

     e.    doing or allowing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public or the trade or prospective purchasers of Red Bull's products as to the source of Defendants' goods and services, or likely to deceive members of the public or the trade or prospective purchasers of Defendants' goods and services into believing that there is some association, connection or affiliation with and/or sponsorship or approval by Red Bull;

     f.    doing or allowing any act or thing which is likely to dilute the distinctive quality of any of the famous Red Bull Marks or Trade Dress, or otherwise injure Red Bull's business reputation and good will; and

     g.    engaging in any acts of federal, state or common law trademark or trade dress infringement, dilution or unfair competition that would damage or injure Red Bull and/or any of the Red Bull Marks or Trade Dress.

     2.    **No Appeals and Continuing Jurisdiction**.  No appeals shall be taken from this Final Judgment, Including Permanent Injunction, and the parties waive all rights to appeal.  This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Final Judgment, Including Permanent Injunction, including the Permanent Injunction.

Final judgment, Including Permanent Injunction

3.   **No Fees or Costs**.  Each party shall bear its own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

Dated: July 27, 2009

Hon. Gary A. Feess
United States District Judge

-5-

Final judgment, Including Permanent Injunction